420

Richard Willard BERNDT, Appellant, v.
UNITED STATES of America.
No. 14811.

United States Court of Appeals
Eighth Circuit.
June 22, 1953.

Richard Willard Berndt, pro se.

R. S. Wilson, U. S. Atty., and Charles A. Beasley, Jr., Asst. U. S. Atty., Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WESTERN WINE & LIQUOR COMPANY.
No. 14858.

United States Court of Appeals
Eighth Circuit.
June 17, 1953.

H. Brian Holland, Asst. Atty. Gen., and Kenneth W. Gemmill, Acting Chief Counsel, Bureau of Internal Revenue, Philadelphia, Pa., for petitioner.

James W. R. Brown, for respondent.

PER CURIAM.

Petition for Review of Decision of the Tax Court of the United States docketed and dismissed, 18 T.C. 1090, on motion of petitioner and consent of respondent.

DULUTH, MISSABE & IRON RANGE RAILWAY COMPANY, Appellant, v.
Donald T. ANDERSON.
No. 14834.

United States Court of Appeals
Eighth Circuit.
June 22, 1953.

W. O. Bissonett, Duluth, Minn., for appellant.

Spellacy & Spellacy, Marble, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, but without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

Dudley C. ERICSON, as Liquor Control Commissioner for the State of Minnesota, Appellant, v. UNITED STATES of America.
No. 14626.

United States Court of Appeals
Eighth Circuit.
June 18, 1953.

J. A. A. Burnquist, Atty. Gen. of Minn., and Irving M. Frisch, Sp. Asst. Atty. Gen. of Minn., for appellant.

George E. MacKinnon, U. S. Atty., and Thomas J. Ryan, Sp. Asst. U. S. Atty., Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without prejudice, 102 F.Supp. 376, on stipulation of counsel for respective parties.